IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**MARY HOLT**                                                                                                          **PLAINTIFF**

VS.                                          **CASE NO. 3:06CV000171 JMM**

**CREATIVE FOODS**                                                                                         **DEFENDANT**

**ORDER**

Based upon the automatic stay provisions of 11 U.S.C. § 363, defendant's Motion to Strike Holt' First Set of Requests For Admission is granted (#10).  These pleadings are in violation of § 363 and defendant is under no obligation to respond to these requests for admission.

IT IS SO ORDERED THIS  16  day of  February , 2007.


_____
James M. Moody
United States District Court