## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

MARY HOLT                                                                PLAINTIFF

VS.                          CASE NO. 3:06CV00171

CREATIVE FOODS, LLC                                                      DEFENDANT

### ORDER

Defendant's request for the Court to take notice of its filing for bankruptcy on January 3,

2007, and to stay all actions in this matter while preserving the status quo of the case is

granted (#9).

Defendant is directed to give the Court a status report on the bankruptcy case 90 days

from the date of this Order.

IT IS SO ORDERED THIS __4__ day of __April__, 200**7**.


James M. Moody
United States District Court