IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**MARY HOLT**

VS.                              CASE NO. 3:06CV00171 JMM

**CREATIVE FOODS, LLC**                                      **DEFENDANT**

### ORDER

On February 6, 2007, a Notice of Bankruptcy was filed by Defendant. On July 30, 2007, defendant filed a status report stating that the Bankruptcy Court had declined to lift the automatic stay provisions of the Bankruptcy Code applicable to defendant. On October 3, 2007, the defendant filed a status report stating that the automatic bankruptcy stay remained in place.

Defendant is directed to file a status report on, or before, January 18, 2008, and every 90 days following January 18, 2008, regarding the status of the case.

**IT IS SO ORDERED THIS  4   day of  January , 2008.**


_____
**James M. Moody**
**United States District Judge**