IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

MARY HOLT                                                                                                  PLAINTIFF

VS.                              CASE NO. 3:06CV000171 JMM

CREATIVE FOODS, LLC                                                                              DEFENDANT

ORDER

On February 6, 2007, the Court was notified by defendant of its pending bankruptcy case in the United States Bankruptcy Court for the Eastern District of Arkansas, *In re Creative Foods, LLC.,* Case No. 3:07-BK-10043 filed on January 3, 2007. Pursuant to the automatic stay provision of the Bankruptcy Code set forth in 11 U.S.C. § 362, no action may proceed against a debtor so long as its bankruptcy case is pending without first obtaining permission from the Bankruptcy Court.

Based upon the status reports filed by defendant, as of July 13, 2009 the automatic stay in this case has not been lifted.

IT IS THEREFORE ORDERED that the clerk administratively terminate the action in his records, without prejudice to the right of the parties to reopen the proceedings for good cause shown for the entry of any stipulation, order, or for any other purpose required. Provided however, this case will not be reopened unless within 45 days of the final disposition of the above proceeding in Bankruptcy Court, an application to reopen is filed herein by one or more parties to this action. If no such motion to reopen is filed within said 45 day period this order shall be deemed a dismissal without prejudice of all claims made in this case.

Dated this  22  day of July, 2009.

_____
James M. Moody
United States District Judge